# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: ) | CASE NO. 4:06CV3279 |
| ) | BK CASE NO. 06-41014 |
| **THOMAS ALLEN CALHOON,** ) | |
| ) | **ORDER** |
| **Debtor.** ) | |

Because the Debtor, Thomas Allen Calhoon, has not paid an appeal filing fee,

IT IS ORDERED:

1.     Based on the Order of the United States Bankruptcy Court denying the Debtor's motion to waive the fee for docketing an appeal in the bankruptcy court based on the Debtor's ability to pay (Filing No. 3) and the certification of the Clerk of the United States Bankruptcy Court that no filing fee had been received by her office as of November 27, 2006 (Filing No. 7), the Debtor's appeal is dismissed; and

2.     The Clerk of the United States District Court for the District of Nebraska is directed to close this case for all statistical purposes.

DATED this 27th day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge